# DOCUMENTS TO BE SEALED

## PLAINTIFF

## -v-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 01066

**DATE FILED:** FEB - 4 2019

**SIGNED BY:** JUDGE RAMOS

**DATE SIGNED:** FEB - 4 2019

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ (COMPLAINT) / PETITION ONLY

_____ OTHER DOCUMENTS / EXHIBITS