

**CHRISTOPHER M. COLORADO**
ccolorado@fklaw.com
212.833.1198

February 25, 2019

<u>BY ECF</u>

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007

     Re:  *Expedia Inc. v. United Airlines, Inc.*,
        <u>Docket No. 19 Civ. 1066  (PKC) (S.D.N.Y.)</u>

Dear Judge Castel:

     This firm represents plaintiff Expedia, Inc. ("<u>Expedia</u>") in the above-referenced action, and I write jointly on behalf of both parties with respect to the Court's February 6, 2019 text Order directing the parties to "show cause in writing within 20 days of service of the summons and complaint why the unredacted Complaint in this action, including any exhibits, ought not be unsealed as a 'judicial document'" [Dkt. No. 8]. The parties have conferred and we do not object to the unredacted Complaint in this action (to which there are no exhibits) being unsealed and publicly filed without redaction.

     Each party wishes to reserve its right to seek the Court's permission to seal or redact other documents in this action, should such treatment be appropriate.

             Respectfully,

             <u> /s/ Christopher M. Colorado  </u>
             Christopher M. Colorado

cc:  Atif Khawaja (counsel for United Airlines Inc., by ECF)
    Robert Allen (counsel for United Airlines, Inc., by ECF)