

CHRISTOPHER M. COLORADO
ccolorado@fklaw.com
212.833.1198

April 11, 2019

BY FACSIMILE AND ECF

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Expedia Inc. v. United Airlines, Inc.*,
            Docket No. 19 Civ. 01066 (PKC) (S.D.N.Y.)

Dear Judge Castel:

      We represent plaintiff Expedia, Inc. ("Expedia") in this action and write jointly on behalf of both parties to request an adjournment of the Initial Pretrial Conference that is currently scheduled for Friday, April 12, 2019.

      Shortly after this action was filed on February 4, 2019, the Court scheduled the Initial Pretrial Conference to be held on April 12, 2019 at 11:45 AM. [Dkt. No. 7.] On February 13, 2019, the parties appeared before the Court regarding Expedia's request for leave to file a motion for a preliminary judgment and the briefing schedule for that motion. Subsequently, Expedia filed its motion, the parties briefed and argued the motion, and, on Friday, April 5, 2019, the Court issued its Order denying the motion (the "Order"), [Dkt. No. 49]. By this letter, the parties jointly request that the Court adjourn the Initial Pretrial Conference until Friday, May 17, 2019 or as soon thereafter as the Court's schedule allows, including to permit the parties additional time to consider the substance of the Court's Order and potential, additional discussions between them.

      This joint request is made without prejudice to any right of either party.

Respectfully,

*/s/ Christopher M. Colorado*

Christopher M. Colorado

cc:   Atif Khawaja (counsel for United Airlines Inc., by ECF)
       Robert Allen (counsel for United Airlines, Inc., by ECF)

3433395.1