# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Bob Allen<br>To Call Writer Directly:<br>+1 212 390 4060<br>bob.allen@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

May 15, 2019

*[Handwritten: Conference adjourned from May 17 to June 14, 2019 at 11:45 am. SO ORDERED. /s/ [Castel] USDJ 5-16-19]*

BY CM/ECF
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Expedia, Inc. v. United Airlines, Inc.*, No. 19-cv-01066 (PKC)

Dear Judge Castel:

We represent United Airlines, Inc. in the above-captioned matter. The parties are currently scheduled to appear at a status conference on Friday, May 17, 2019 at 10:30 a.m. We write on behalf of both parties to request that this conference be adjourned to June 14, 2019, or a date thereafter at the Court's convenience.

On April 5, 2019, the Court issued an Order denying Expedia's motion for a preliminary injunction. (Dkt. No. 49). Since that time, the parties have been in discussions regarding the substance of the Court's Order and the parties' relationship going forward. As part of these discussions, the parties met during the week of May 6, 2019, and another meeting is scheduled to occur on May 17, 2019. In light of these continuing discussions, the parties respectfully submit that a conference would be premature at this time.[1]

Sincerely,

*/s/ Bob Allen*
Bob Allen

CC: Chris Colorado, Esq. (by email)

---

[1] Shortly after Expedia filed this action, the Court scheduled an initial pretrial conference for April 12, 2019. (Dkt. No. 7). In light of the Court's April 5, 2019 denial of Expedia's motion for a preliminary injunction, the parties request that the Court adjourn this conference to May 17, 2019, which request was allowed. (Dkt. No. 52). This is the parties' second request for an adjournment.