

CHRISTOPHER M. COLORADO
ccolorado@fklaw.com
212.833.1198

July 17, 2019

BY ECF AND FACSIMILE

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007

      Re:   *Expedia Inc. v. United Airlines, Inc.*,
                Docket No. 19 Civ. 01066 (PKC) (S.D.N.Y.)

Dear Judge Castel:

      We represent plaintiff Expedia, Inc. ("Expedia") in this action and write on behalf of both parties to jointly request an adjournment of the status conference currently scheduled for Friday, July 19, 2019 at 2:15 p.m.  The parties jointly request that this conference be adjourned to Friday, September 13, 2019, or a date thereafter at the Court's convenience.

      Since the Court's issuance of its April 5, 2019 Order denying Expedia's motion for a preliminary injunction (Dkt. No. 49), the parties have actively engaged in discussions regarding the substance of the Order and the parties' relationship going forward.  These discussions are ongoing.  Accordingly, we respectfully submit that a conference at this time would be premature.[1]

      We are available to discuss anything herein at the Court's convenience.

Respectfully,

Christopher M. Colorado

---

[1] Shortly after Expedia filed this action, the Court scheduled an initial pretrial conference for April 12, 2019.  (Dkt. No. 7).  In light of the Court's April 5, 2019 Order and the parties' ongoing discussions, the parties have previously requested that the Court adjourn this conference to allow for those discussions to continue, and the Court has granted each such request (Dkt. Nos. 52, 56, 58).  This is the parties' fourth request for an adjournment.

3451822.1

2

cc: Atif Khawaja (counsel for United Airlines Inc., by ECF)
Robert Allen (counsel for United Airlines, Inc., by ECF)

3451822.1