# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Bob Allen
To Call Writer Directly:
+1 212 390 4060
bob.allen@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 11, 2019

BY CM/ECF
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Conference Adjourned
From: 9-13-19
To: October 18, 2019 at 12:15 p.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
9-12-19

Re: *Expedia, Inc. v. United Airlines, Inc.*, No. 19-cv-01066 (PKC)

Dear Judge Castel:

We represent United Airlines, Inc. in the above-captioned matter and write on behalf of both parties to request an adjournment of the status conference currently scheduled for Friday, September 13, 2019 at 12:00 p.m. The parties jointly request that this conference be adjourned to October 18, 2019 or a date thereafter at the Court's convenience.

On April 5, 2019, the Court issued an Order denying Expedia's motion for a preliminary injunction. (Dkt. No. 49). Since that time, the parties have been engaged in discussions regarding the substance of the Court's Order and the parties' relationship going forward. In light of these continuing discussions, the parties respectfully submit that a conference would be premature at this time.[1]

Sincerely,

*/s/ Bob Allen*
Bob Allen

CC:  Chris Colorado, Esq. (by email)

---

[1] In light of the parties' discussions, the parties have jointly requested multiple adjournments since the Court's April 5, 2019 Order. The Court has granted each of those requests. (Dkt. Nos. 52, 56, 58, 60). This is the parties' fifth request for an adjournment.