UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EXPEDIA, INC.,

                          Plaintiff,                    Case No. 19-cv-01066 (PKC)

   - against -                              **STIPULATION**
                                                   **OF DISMISSAL**
UNITED AIRLINES, INC.,                         **WITH PREJUDICE**

                          Defendant.
-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and the undersigned attorneys in the above-captioned matter, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice and without costs to any party as against the other.

Dated:   New York, New York
            September 17, 2019

| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| *(signature)* | *(signature)* |
| Christopher M. Colorado | Atif Khawaja |
| 7 Times Square | Robert Allen |
| New York, New York 10036 | 601 Lexington Ave. |
| (212) 833-1100 | New York, New York 10022 |
| | (212) 390-4060 |
| *Attorneys for Plaintiff Expedia, Inc.* | *Attorneys for United Airlines, Inc.* |

3466412.2